**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GENERAL LOGISTICS SYSTEMS NORTH
AMERICA INC. f/k/a GLS U.S. HOLDING INC., a
Delaware corporation,

        Plaintiff,

        v.

BRIAN BUTLER, REBECCA BUTLER, TODD
PATRICK, and MICHAEL SALZBERG,
individuals,

        Defendants.

C.A. No. _____

**PLAINTIFF GENERAL LOGISTICS SYSTEMS NORTH AMERICA INC.'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff General Logistics

Systems North America Inc. f/k/a GLS U.S. Holding Inc. states the following:

General Logistics Systems B.V., a company organized and existing under the laws of the

Netherlands, is the parent of Plaintiff General Logistics Systems North America Inc. Royal Mail

Group plc, a company organized and existing under the laws of the United Kingdom, is the

ultimate parent of General Logistics Systems B.V. Royal Mail Group plc has no parent

corporations and no publicly held corporation owns more than 10% of its stock.

{A&B-00657508-}

- 2 -

OF COUNSEL:

B. Andrew Bednark*
Edward Moss*
Gerard A. Savaresse*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000
abednark@omm.com
emoss@omm.com
gsavaresse@omm.com

*pro hac vice forthcoming

Dated: April 3, 2020

/s/ J. Peter Shindel, Jr.
J. Peter Shindel, Jr. (#5825)
Joseph A. Sparco (#6463)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware  19807
(302) 778-1000
shindel@abramsbayliss.com
sparco@abramsbayliss.com

*Attorneys for Plaintiff General Logistics
Systems North America Inc.*